UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Walker Road Property, LLC | : | |
| | : | Case No. 26-10348-BFK |
| | : | (Chapter 11) |
| Debtor. | : | |

## <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

WILL THE CLERK OF THE COURT please note pursuant to Bankruptcy Rule 9010, the appearance of Briglia Hundley, PC, and Erik W. Fox, Esquire, as counsel for Great Falls Business Center Office Condominium Association, a creditor.

SIMILARLY, WILL THE CLERK OF THE COURT, pursuant to Bankruptcy Rule 2002(g), please ensure that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address:

Erik W. Fox, Esquire
Briglia Hundley, PC
1921 Gallows Road, Suite 900
Tysons Corner, Virginia  22182

Great Falls Business Center Office
Condominium Association
by Counsel

_____/s/Erik W. Fox_____

Erik W. Fox, Esquire

Briglia Hundley, PC
1921 Gallows Road, Suite 900
Tysons Corner, Virginia 22182
(703) 883-0880
Fax No.  (703) 883-0899
efox@brigliahundley.com
Counsel for Great Falls Business
Center Office Condominium
Association

CERTIFICATE OF SERVICE

I hereby certify that this 18th day of February,  2026, a copy of the foregoing Notice of
Appearance and Request for Service of Papers was served on all interested parties to this
proceeding, by causing true and correct copies thereof to be placed in the United States mail,
postage prepaid, to:

Walker Road Property, LLC
9893 Georgetown Pike
PMB 145
Great Falls, VA 22066
Debtor

Matthew W. Cheney
1725 Duke Street
Suite 650
Alexandria, VA 22314
U.S. Trustee - Region 4

I hereby verify that a copy of the foregoing will be filed with the United States
Bankruptcy Court electronically in the CM/ECF system.  Notice of the filing will be sent to all
parties by operation of the Court's electronic filing system.  Parties may access this filing
through the Court's system.  Parties currently listed by the CM/ECF system to receive electronic
notice in this case are set forth below:

 Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
Counsel for Debtor
dpress@chung-press.com

_____/s/Erik W. Fox_____

Erik W. Fox

Dated:  February 17, 2026