UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

In re   Walker Road Property, LLC

Debtor(s)

Case No.   26-10348-BFK

Chapter   11

# ORDER OF DESIGNATION

An order for relief under Title 11 U.S.C., Chapter __11__ having been entered on the petition filed in this case on __February 17, 2026__; it is, therefore

**ORDERED** that __Teresa Beeman__ is designated by the Court to perform the duties imposed upon the debtor by the Bankruptcy Code. This designation shall remain in effect during the entire pendency of this case until altered by order of this Court; and it is further

**ORDERED** that the Clerk mail a copy of this order to the designee, the attorney for the debtor, the trustee, and the United States Trustee.

Date: __Feb 18 2026__

/s/ Brian F Kenney
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
 Feb 19 2026

[ver. 12/03]