## UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name:** Walker Road Property, LLC

**Case Number:** 26−10348−BFK        **Date Filed:** February 17, 2026

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005−2 and the Court's Case Management/Electronic Case Files (CM/ECF) Policy Statement, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer with internet access and the ability to convert documents to portable document format (PDF). The URL address is *www.vaeb.uscourts.gov* and a username and password are needed to access the Case Management/Electronic Case Files (CM/ECF) system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File Conventionally" as provided for in the CM/ECF Policy Statement to indicate your inability to file through use of the Internet component of the CM/ECF system. If the Court authorizes you to file conventionally, **then**

3. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single−sided paper. Documents must be submitted with full original signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated: February 18, 2026                    Charri S Stewart
[VAN062vJul2025.jsp]                        Clerk of the Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re: Case No. 26-10348-BFK
Walker Road Property, LLC Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: Nathaniel Page 1 of 2
Date Rcvd: Feb 18, 2026 Form ID: VAN062 Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Walker Road Property, LLC, 9893 Georgetown Pike, PMB 145, Great Falls, VA 22066-2617 |
| cr | + | Great Falls Business Ctr. Ofc. Condo. Assoc., c/o Briglia Hundley, 1921 Gallows Road Suite 900, Tysons Corner, VA 22182, UNITED STATES 22182-4034 |
| 16961764 | + | Blake Frieman, Bean Kinney & Korman, 2311 Wilson Blvd Ste 500, Arlington, VA 22201-5422 |
| 16961765 | + | County of Fairfax DTA, 12000 Government Center Pkwy, Fairfax, VA 22035-0002 |
| 16961766 | + | Great Falls Business Ctr Ofc Condo Assn, c/o BrigliaHundley PC, 1921 Gallows Rd Ste 900, Vienna, VA 22182-4034 |
| 16961767 | + | John G. Colby, PO Box 259, Great Falls, VA 22066-0259 |
| 16961768 | + | Pegah Gorbani/Payam Yazdian, X Math Academy, 731 Walker Rd Unit B2, Great Falls, VA 22066-2834 |
| 16961769 | + | Spectrum Property Management, PO BOX 1562, Sterling, VA 20167-8458 |
| 16961771 | + | Teresa Beeman, 9893 Georgetown Pike, PMB 145, Great Falls, VA 22066-2617 |
| 16961772 | + | The Big Builders LLC, 731 Walker Rd Unit A1, Great Falls, VA 22066-2834 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16963700 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 19 2026 01:41:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16961770 | ^ | MEBN | Feb 19 2026 01:35:26 | Taxing Authority Consulting Services, PO Box 31800, Richmond, VA 23294-1800 |
| 16963698 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Feb 19 2026 01:40:00 | U.S. Attorney, Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5702 |
| 16963701 | + | Email/Text: atlreorg@sec.gov | Feb 19 2026 01:42:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1180 |

TOTAL: 4

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0422-9 | User: Nathaniel | Page 2 of 2 |
| Date Rcvd: Feb 18, 2026 | Form ID: VAN062 | Total Noticed: 14 |

Date: Feb 20, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Daniel M. Press | on behalf of Debtor Walker Road Property LLC dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email |
| Erik Fox | on behalf of Creditor Great Falls Business Ctr. Ofc. Condo. Assoc. efox@reesbroome.com rhurley@reesbroome.com;jwade@reesbroome.com;efox@brigliahundley.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 3