IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re:<br><br>**Walker Road Property, LLC**,<br><br>Debtor. | Case No.  26-10348-BFK<br><br>Chapter 11 |

### NOTICE OF APPEARANCE

WILL THE CLERK OF COURT please note pursuant to Bankruptcy Rule 9010, the appearance of Jack Frankel on behalf of Matthew W. Cheney, Acting United States Trustee, Region 4.

Dated:  March 5, 2026                                Matthew W. Cheney
                                                                        Acting United States Trustee, Region 4

                                                                        */s/ Jack Frankel*
                                                                        Jack Frankel, Attorney
                                                                        Va. Bar No. 15019
                                                                        Office of United States Trustee
                                                                        1725 Duke Street, Suite 650
                                                                        Alexandria, VA 22314
                                                                        (703) 557-7229
                                                                        Jack.i.frankel@usdoj.gov