# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| In Re:<br><br>**Walker Road Property, LLC**<br>Debtor. | Case No. **26-10348-BFK**<br><br>Chapter 11 |

### Motion For Entry of Consent Order Conditioning
### Rights of Debtor(s) in Possession

The United States Trustee for the Eastern District of Virginia and the debtor(s) herein, by counsel, move this Court for the entry of the attached Consent Order Conditioning Rights of Debtor(s) in Possession on the grounds that:

1. An order for relief under Chapter 11 of Title 11, United States Code, has been entered in this matter, and

2. Entry of this Order will aid in the administration of this case.

    MATTHEW W. CHENEY,
    Acting United States Trustee for
    Region Four

    /s/ Jack Frankel
    By: Jack Frankel
    Trial Attorney
    Office of the United States Trustee
    1725 Duke Street, Suite 650
    Alexandria, VA 22314
    (703) 557-7176

    /s/ Daniel Press (by JF with permission via email)
    Daniel Press,
    Counsel for the Debtor(s) In Possession