**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

**In re:**

**WALKER ROAD PROPERTY, LLC,**                    **Case No. 26-10348-BFK**

**Debtor.**                                        **Chapter 11**

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of John G. Colby, Trustee of the John G. Colby Money Purchase Pension Plan, pursuant to Bankruptcy Code § 342(a), as well as Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b), and the Local Rules of this Court.  The undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be served upon:

Andrea Campbell Davison, Esq.
BEAN, KINNEY & KORMAN, P.C.
2311 Wilson Blvd., 5th Floor
Arlington, Virginia 22201
(703) 525-4000
(703) 525-2207 (Fax)
adavison@beankinney.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail (electronic or otherwise), delivery, telephone, telegraph, telecopy or otherwise, which may in any way affect or seek to

1

affect any rights or interests of John G. Colby, Trustee of the John G. Colby Money Purchase Pension Plan.

Dated: April 6, 2026                    Respectfully Submitted,


                                        */s/ Andrea Campbell Davison*
                                        Andrea Campbell Davison, VSB# 78036
                                        BEAN, KINNEY & KORMAN, P.C.
                                        2311 Wilson Blvd., 5th Floor
                                        Arlington, Virginia 22201
                                        (703) 525-4000
                                        (703) 525-2207 (Fax)
                                        adavison@beankinney.com

                                        *Counsel for John G. Colby, Trustee of the John G. Colby Money Purchase Pension Plan*


## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served via the Court's CM/ECF service on all parties entitled to receive notice in the above-captioned case including the following:

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
*Counsel for Debtor*

Jack Frankel
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
*Counsel for U.S. Trustee*


                                        */s/ Andrea Campbell Davison*
                                        Andrea Campbell Davison