UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF Virginia

Alexandria Divison

In Re. Walker Road Property, LLC §
§
§
Debtor(s) §

Case No. 26-10348

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2026

Petition Date: 02/17/2026

Months Pending: 7

Industry Classification: 5 3 1 1

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Daniel M Press
Signature of Responsible Party

09/22/2026
Date

Daniel M Press
Printed Name of Responsible Party

201 Washington St, Cumberland MD 21502
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Walker Road Property, LLC Case No. 26-10348

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $12,915 | |
| b. | Total receipts (net of transfers between accounts) | $2,775 | $41,418 |
| c. | Total disbursements (net of transfers between accounts) | $5,148 | $29,896 |
| d. | Cash balance end of month (a+b-c) | $10,542 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $5,148 | $29,896 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $1,200,000 |
| e. | Total assets | $1,200,000 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $776,507 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $102,545 |
| n. | Total liabilities (debt) (j+k+l+m) | $879,052 |
| o. | Ending equity/net worth (e-n) | $320,948 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $2,775 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $2,775 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $13 | |
| f. | Other expenses | $5,135 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $2,373 | $14,323 |

Debtor's Name Walker Road Property, LLC Case No. 26-10348

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name Walker Road Property, LLC Case No. 26-10348

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name Walker Road Property, LLC Case No. 26-10348

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name Walker Road Property, LLC Case No. 26-10348

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name Walker Road Property, LLC Case No. 26-10348

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | | | |
|---|---|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ | No ● | | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ● | | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ● | | |
| d. | Are you current on postpetition tax return filings? | Yes ● | No ○ | | |
| e. | Are you current on postpetition estimated tax payments? | Yes ● | No ○ | | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● | No ○ | | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ● | | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ | No ○ | N/A ● | |
| i. | Do you have: Worker's compensation insurance? | Yes ○ | No ● | | |
| | If yes, are your premiums current? | Yes ○ | No ○ | N/A ● | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● | No ○ | | |
| | If yes, are your premiums current? | Yes ● | No ○ | N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ● | No ○ | | |
| | If yes, are your premiums current? | Yes ● | No ○ | N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ | No ● | | |
| k. | Has a disclosure statement been filed with the court? | Yes ○ | No ● | | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● | No ○ | | |

Debtor's Name Walker Road Property, LLC Case No. 26-10348

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Teresa Beeman
Signature of Responsible Party

Teresa Beeman
Printed Name of Responsible Party

Managing Member
Title

09/22/2026
Date

Debtor's Name Walker Road Property, LLC Case No. 26-10348

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Walker Road Property, LLC Case No. 26-10348

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Walker Road Property, LLC Case No. 26-10348

PageThree

PageFour

# Initiate Business Checking℠



WELLS FARGO

WALKER ROAD PROPERTY, LLC
DEBTOR IN POSSESSION
CH11 CASE # 26-10348 (EVA)
9893 GEORGETOWN PIKE PMB 145
GREAT FALLS VA 22066-2617

**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Check your security settings**

Now is a great time to make sure your security settings are up to date before the busy fall, back-to-school, and holiday seasons arrive.

Sign on now and complete a few simple steps in less than 10 minutes:

1. Update and strengthen your password, or better yet get Passkey (it takes just a minute).
2. Ensure we have your current contact information (current mobile number and email).
3. Set up account alerts*, which you can customize for your needs.

Learn more at www.wellsfargo.com/securitytools

* Sign-up may be required. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $12,914.65 |
| Deposits/Credits | 2,775.00 |
| Withdrawals/Debits | - 5,147.77 |
| **Ending balance on 8/31** | **$10,541.88** |

Account number: **1797 (primary account)**

**WALKER ROAD PROPERTY, LLC**
**DEBTOR IN POSSESSION**
**CH11 CASE # 26-10348 (EVA)**

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/3 | 1003 | Check | | 1,575.31 | |
| 8/3 | 1004 | Check | | 1,588.29 | |
| 8/3 | 1005 | Check | | 1,709.11 | 8,041.94 |
| 8/5 | | Dominion Energy BILLPAY 260805 210015607232 Walker Road Property L | | 39.61 | 8,002.33 |
| 8/10 | | Direct Pay Nonwf Bus Pymt Trans | | 3.00 | |
| 8/10 | | Direct Pay Monthly Base | | 10.00 | 7,989.33 |
| 8/19 | | eDeposit IN Branch 08/19/26 02:42:23 PM 750 Walker Rd Great Falls VA | 2,775.00 | | 10,764.33 |
| 8/28 | < | Business to Business ACH Debit - Travelers Bus Insur 260827 8172578 Walker Road Property L | | 222.45 | 10,541.88 |
| **Totals** | | | **$2,775.00** | **$5,147.77** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1003 | 8/3 | 1,575.31 | 1004 | 8/3 | 1,588.29 | 1005 | 8/3 | 1,709.11 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2026 - 08/31/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following each fee period | | |
| • Minimum daily balance | $2,000.00 | $7,989.33 ☑ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 6 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

TIP **Report check fraud right away.** Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so **it's important to review the check image as soon as it clears.** Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.

# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**

**Earn unlimited 2% cash rewards* on your business purchases with the Signify Business Cash® Credit Card**

Start earning rewards on your everyday business expenses and easily redeem them to your account**, invest them back into your business, or use them to jump start your next big idea. With no caps or categories to track, the Signify Business Cash credit card is designed to be deliberately simple.

- Earn a **$500 cash rewards bonus** when you **spend $5,000** in purchases for your business in the **first 3 months.*****
- Earn unlimited 2% cash rewards on purchases for your business - without caps or spending categories.*
- $0 Annual Fee****

To learn more about Signify Business Cash and how to apply, **visit wellsfargo.com/signifycard**

***Important Disclosures***
* 2% cash rewards are earned for every $1 spent in qualifying purchases, made on Business Card account(s), rounded to the nearest one cent. "Qualifying purchases" are net purchases (purchases minus returns/credits) and exclude cash advances and cash equivalents of any kind (such as ATM charges, overdraft protection advance, traveler's checks, money orders, pre-paid gift cards, person-to-person money transfers, digital currencies (to the extent accepted), and wire transfers); balance transfers including the use of SUPERCHECKS; disputes, illegal actions, and violations (such as disputed or illegal purchases or purchases that violate the terms of your agreements); fees and interest of any kind (such as late fees, returned payment fees, monthly or annual fees); and gambling transactions of any kind (such as bets or wagers transmitted over the internet, casino gaming chips, lottery tickets or off-track wagers). Refer to the **Summary of Wells Fargo Business Rewards® Program Terms and Conditions and Signify Business Cash® Card at** www.wellsfargo.com/biz/business-credit/credit-cards/signify-business-cash-credit-card-terms-conditions/#rewardssummary for further details.
** Redeem for Purchases allows you to redeem your Wells Fargo Business Rewards online for a statement credit to your eligible Wells Fargo business credit card account. To be eligible for Redeem for Purchases, each transaction must be $1 or more and you must have

enough rewards to redeem for the entire amount of the transaction. Statement credits are applied to your outstanding balance and you are still required to make any payment due on your account. Rewards redeemed for purchases will be deducted from your rewards account balance immediately and all rewards redemptions are final. Statement credits will post to your account in 5 - 7 business days. Redeem for Purchases is offered subject to the Wells Fargo Business Rewards Program Terms and Conditions applicable to your card. For additional details visit Wells Fargo: Business Rewards Terms at **wellsfargo.com/bizrewards** and navigate to the Redeem for Purchases section.

*** To qualify for the $500 cash rewards bonus, a total of at least $5,000 in qualifying net purchases (purchases minus returns/credits) must post to your account within 3 months from the date your account is opened. The bonus cash rewards will show as redeemable within 60 days after they are earned. "Purchases" that do not apply to this offer and do not earn cash rewards include: cash advances and cash equivalents of any kind (such as ATM charges, cash advances (including overdraft protection advance), traveler's checks, money orders, pre-paid gift cards, person-to-person money transfers, digital currencies (to the extent accepted), and wire transfers); disputes, illegal actions, and violations (such as disputed or illegal purchases or purchases that violate the terms of your agreements); fees and interest of any kind (such as late fees, returned payment fees, monthly or annual fees); gambling transactions of any kind (such as bets or wagers transmitted over the internet, casino gaming chips, lottery tickets or off-track wagers). Cash advances may affect the credit line available for this offer. Refer to the **Summary of Wells Fargo Business Rewards® Program Terms and Conditions and Signify Business Cash® Card at** www.wellsfargo.com/biz/business-credit/credit-cards/signify-business-cash-credit-card-terms-conditions/#rewardssummary for more information about the rewards program.

**** The introductory APR for purchases is 0% for 12 months from account opening. After that, a variable APR of 16.74% to 24.74% based on your creditworthiness and that of your business will apply. The variable APR for cash advances is 29.49%. These APRs will vary with the market based on the U.S. Prime Rate and are subject to a maximum APR of 29.99%. Minimum interest charge will be no less than $1.00. There is no annual fee. A cash advance fee of either $10 or 5% of the amount of each advance, whichever is greater, applies. A foreign currency conversion/foreign transaction fee of 3% of each transaction applies. A late payment fee of up to $40 will apply. This information about the cost of the credit card account described here is accurate as of 12/31/2025. To find out what may have changed, call 1-833-441-0793. The Signify Business Cash® Card is issued by Wells Fargo Bank, N.A.

---

**Other Wells Fargo Benefits**

**Wells Fargo is serious about security.**
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at **wellsfargo.com/security** to learn more.

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ ______________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ______________
$ ______________
$ ______________
\+ $ ______________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ ______________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ______________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount $** | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Check Details

×

Item 3 of 4 Show partial image* Print

| | |
|---|---|
| Check Number | 1003 |
| Date Posted | 08/03/26 |
| Check Amount | $1,575.31 |

**WALKER ROAD PROPERTY, LLC**
DEBTOR IN POSSESSION
CH11 CASE # 26-10348 EVA
9893 GEORGETOWN PIKE PMB 146
GREAT FALLS, VA 22066-2617

1003

Jul 30, 27
Date

Pay to the Order of County of Fairfax $ 1575, 31

Fifteen Hundred Seventy Five Dollars + 31/100 Dollars

For 0131 10 0001A1

ay-Payment- Mortgage Payment John Colby-Tran ID DPAAAR8B4N

Branch 07/17/26 03:11:29 PM 750 WALKER RD GREAT FALLS VA $9,005.00


Transfer & Pay
Plan & Learn
Switch Account
Check Details
Item 2 of 4
Show partial image*
Print
Check Number 1004
Date Posted 08/03/26
Check Amount $1,588.29
WALKER ROAD PROPERTY, LLC
DEBTOR IN POSSESSION
CH11 CASE # 26-10348 EVA
9693 GEORGETOWN PIKE PMB 145
GREAT FALLS, VA 22066-2617
1004
July 30, 2027
Date
Pay to the Order of County of Fairfax
$ 1588.29
Fifteen Hundred Eighty Eight Dollars 29/100 Dollars
For 0131 10 006 1A2
ay-Payment- Mortgage Payment John Colby-Tran ID DPAAAR8B4N
Branch 07/17/26 03:11:29 PM 750 WALKER RD GREAT FALLS VA
$9,005.00


Switch Account
Check Details
Item 1 of 4
Show partial image*
Print
Check Number
1005
Date Posted
08/03/26
Check Amount
$1,709.11
WALKER ROAD PROPERTY, LLC
DEBTOR IN POSSESSION
CH11 CASE # 26-10348 EVA
9893 GEORGETOWN PIKE PMB 145
GREAT FALLS, VA 22066-2617
1005
July 30, 2027
Date
Pay to the Order of County of Fairfax
$ 1,709.11
Seventeen Hundred + Nine Dollars + 11/100 Dollars
For 0131 10 0602B2
Pay-Payment- Mortgage Payment John Colby-Tran ID DPAAAR8B4N
WALKER RD GREAT FALLS VA