**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Walker Road Property, LLC** | : | **No. 26-10348** |
| **Debtor.** | : | |

**APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT OF BONNIE WOLFE OF SAMSON COMPANIES LLC D/B/A SAMSON PROPERTIES AS REAL ESTATE AGENTS FOR THE DEBTOR**

PLEASE TAKE NOTICE that the above referenced Debtor has filed an application to employ Bonnie Wolfe of Samson Companies LLC d/b/a Samson Properties as real estate agent to the Debtor. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.) If you do not wish the court to grant the relief sought in the application, or if you want the court to consider your views thereon, then on or before fourteen days after service hereof, you or your attorney must file with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the application as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the 14th day after service. You must mail a copy to the persons listed below. A hearing will be scheduled if a timely objection is filed. If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

**Walker Road Property, LLC**, Debtor (the "Debtor"), through counsel, submits this application (the “Application”) pursuant to section 327(a) of title 11 of the United States Code (the “Bankruptcy Code”) and Federal Rule of Bankruptcy Procedure (the “Bankruptcy Rules”) 2014(a) for an order authorizing the Debtor to employ and Bonnie Wolfe of Samson Companies

Daniel M. Press, VSB# 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for Debtor

LLC d/b/a Samson Properties ("WOLFE") as its real estate agents to sell its real property in Fairfax County Virginia in this chapter 11 case. In support of this Application, the Debtor respectfully represents to this Honorable Court as follows:

1. On February 17, 2026, this case was commenced by the filing of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").

2. The Debtor is an Virginia LLC and owns 3 commercial condominium units commercial real estate at 731 Walker Rd., Units A1, A2 and B2, Great Falls VA 22066 (the "Property"), which needs to be sold.

4. The Debtor desires to retain and employ WOLFE pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) to perform real estate agency services in these proceedings, in particular to sell the property.

5. The Debtor believes that WOLFE is well-qualified to act on behalf of the Debtor, having ample experience in the sale of real estate in Fairfax County.

6. As set forth in the Affidavit of Bonnie Wolfe (the "Affidavit"), annexed hereto and made a part hereof, WOLFE represents no interest adverse to the estate regarding the matters upon which it is to be engaged, and is "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b). The Affidavit confirms that WOLFE will not engage in "dual representation" or "designated agency".

7. The members and associates of WOLFE do not have any connection with the Debtor (other than as real estate agents), its affiliates, partners, creditors, stockholders, any other party in interest, the United States trustee, or any person employed in the office of the United States trustee.

8. The employment of WOLFE is in the best interests of the Debtor, its creditors and the estate.

9. WOLFE will charge fees and expenses incurred in these proceedings based on the normal rates charged by WOLFE for similar clients, i.e., a 4.5% total commission (that may be

shared with a buyer's or procuring agent). WOLFE will seek compensation for services rendered and expenses incurred upon appropriate application to the court pursuant to section 330 of the Bankruptcy Code and Bankruptcy Rules.

WHEREFORE, the Debtor, requests that it be authorized to retain and employ retain WOLFE as its real estate agents with respect to this case pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), to procure a buyer and enter into a contract to sell the Property (subject to Court approval of the sale), and for such other relief as the Court deems just and proper.

Dated: September 22, 2026.

Respectfully submitted,

__/s/ Daniel M. Press________

Daniel M. Press, VSB# 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of September, 2026, I caused the foregoing document to be served by CM/ECF upon upon the United States Trustee and all other parties requesting such notice, and by first class mail, postage prepaid, upon all other creditors on the attached matrix.

_/s/ Daniel M. Press______________

Label Matrix for local noticing
0422-1
Case 26-10348-BFK
Eastern District of Virginia
Alexandria
Tue Sep 22 21:09:57 EDT 2026

Great Falls Business Ctr. Ofc. Condo. Assoc.
c/o Briglia Hundley
1921 Gallows Road Suite 900
Tysons Corner, VA 22182-4034

John G. Colby, Trustee of the John G. Colby
c/o Bean, Kinney & Korman, P.C.
Attn: Andrea Campbell Davison
2311 Wilson Blvd., 5th Floor
Arlington, VA 22201-5422

Walker Road Property, LLC
9893 Georgetown Pike
PMB 145
Great Falls, VA 22066-2617

United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314-5405

Blake Frieman
Bean Kinney & Korman
2311 Wilson Blvd Ste 500
Arlington, VA 22201-5422

County of Fairfax DTA
12000 Government Center Pkwy
Fairfax, VA 22035-0002

Dead Robot Society, Inc.
P.O. Box 216
Herndon, VA 20172-0216

Great Falls Business Ctr Ofc Condo Assn
c/o BrigliaHundley PC
1921 Gallows Rd Ste 900
Vienna, VA 22182-4034

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

John G. Colby
PO Box 259
Great Falls, VA 22066-0259

Louis Nuzzo, Assistant County Attorney
12000 Government Center
Suite 549
Fairfax, VA 22035-0001

Pegah Gorbani/Payam Yazdian
X Math Academy
731 Walker Rd Unit B2
Great Falls, VA 22066-2834

Spectrum Property Management
PO BOX 1562
Sterling, VA 20167-8458

Taxing Authority Consulting Services
PO Box 31800
Richmond, VA 23294-1800

Teresa Beeman
9893 Georgetown Pike
PMB 145
Great Falls, VA 22066-2617

The Big Builders LLC
731 Walker Rd Unit A1
Great Falls, VA 22066-2834

U.S. Attorney
Courthouse Square
2100 Jamieson Avenue
Alexandria, VA 22314-5702

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road
Suite 900, Atlanta, GA 30326-1180

Daniel M. Press
Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502-2880

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Teresa Beeman
9893 Georgetown Pike
PMB 145
Great Falls, VA 22066-2617

End of Label Matrix
Mailable recipients 20
Bypassed recipients 1
Total 21