**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Walker Road Property, LLC** | : | **No. 26-10348** |
| **Debtor.** | : | |

AFFIDAVIT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014 AND SECTION 327 OF THE BANKRUPTCY CODE

I, Bonnie Wolfe, affirm and declare under penalty of perjury as follows:

1. I am an Independent Contractor Real Estate Agent licensed in Virginia, and my license is registered with Samson Properties of 8521 Leesburg Pike, Suite 300, Tysons, VA 22182; and

2. I submit this affidavit in support of the application of Walker Road Property. LLC (the "Debtor") to employ myself as its real estate agent to represent it in connection with the sale of commercial real estate in Great Falls VA. I have no business or personal connection with the Debtor, nor with its creditors, any other parties-in-interest, or their respective attorneys and accountants; and

3. The Debtor desires to employ me as its real estate agent on a 4.5% commission basis pursuant to the attached standard form listing agreement. As is customary, that commission would be shared with the agent who procures a buyer, if that agent is other than myself; and

4. I am a "disinterested persons" because I am neither a creditor, nor an equity security holder, nor insider of the Debtor. Further, I am not now and I have never been a director, officer, or employee of the Debtor; and I do not have any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason; and

5. I will not, while engaged in this case, undertake representation of any other person or entity in connection therewith, including acting as a "Dual Agent" or a "Designated Agency" representative.

6. Samson Companies, LLC d/b/a Samson Properties (hereinafter "Samson"), as Broker, joins in execution of this Affidavit to assert and affirm that:

1 It is a "disinterested entity" because it is neither a creditor nor an equity security holder, nor insider of the Debtor; and

2 No officer, director or employee of Samson is now, nor have they ever been, a director, officer, or employee of the Debtor; and

3 It does not have any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any such direct or indirect relationship to, connection with, or interest in, the debtor; and

4 It will not, as Broker, undertake representation of any other person or entity in connection therewith, including acting as a "Dual Agent" or a "Designated Agency" representative.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 15, 2026

/s/ [signature]
Bonnie Wolfe

COMMONWEALTH of VIRGINIA }
COUNTY of Fairfax }
}

Sworn and subscribed before me this the 15 day of September, 2026, in the jurisdiction aforesaid, by Bonnie Wolf.

SOPHIE NOVAK NOTARY PUBLIC REG. #00383675 MY COMMISSION EXPIRES 07/31/2029 COMMONWEALTH OF VIRGINIA

[signature]
Notary Public

MCE:

Registration Number: 00383675

FOR: Samson Companies d/b/a Samson Properties
BY: Donny Samson
ITS: Managing Member

Donny Samson

COMMONWEALTH of VIRGINIA }
}
COUNTY of FAIRFAX }

Sworn and subscribed before me this the 16TH day of September, 2026, in the jurisdiction aforesaid, by Donny Samson.

Notary Public DAVID WERFEL

MCE: 3/31/2026

Registration Number: 7516603

DAVID M WERFEL
NOTARY PUBLIC
REG. # 7516603
MY COMMISSION EXPIRES 3/31/2028
COMMONWEALTH OF VIRGINIA