**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Walker Road Property, LLC** | : | **No. 26-10348** |
| | : | |
| **Debtor.** | : | |
| | : | |

# ORDER AUTHORIZING THE EMPLOYMENT OF OF BONNIE WOLFE OF SAMSON COMPANIES LLC D/B/A SAMSON PROPERTIES AS REAL ESTATE AGENT FOR THE DEBTOR

Upon consideration of the Debtor's Application for Order Authorizing the Employment of Bonnie Wolfe of Samson Companies LLC d/b/a Samson Properties as Real Estate Agent for the Debtor (the "Application"), there being no objection thereto after proper notice, it is hereby ORDERED that the Debtor be and hereby is authorized to retain and employ retain Bonnie Wolfe of Samson Companies LLC d/b/a Samson Properties as real estate agent with respect to this case on the terms set forth in the Application pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), to procure a buyer and enter into a contract to sell the Property (subject to Court approval of the sale), and for such other relief as the Court deems just and proper.
.

Dated: Oct 9 2026

/s/ Brian F Kenney
Judge, U.S. Bankruptcy Court

Entered on Docket: Oct 13 2026

Daniel M. Press VSB 37123
Law Offices of Daniel M. Pres
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for Debtor

I ASK FOR THIS:

__/s/ Daniel M. Press________
Daniel M. Press, VSB# 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for Debtor

SEEN AND NO OBJECTION:

/s/ Michael T. Freeman____________
Office of the U.S. Trustee

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

__/s/Daniel M. Press___
Daniel M. Press

Copies to:
Counsel for Debtor (by CM/ECF)
Office of the U.S. Trustee (by CM/ECF)