**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Walker Road Property, LLC** | : | **No. 26-10348** |
| | : | |
| **Debtor.** | : | |

**ORDER AUTHORIZING THE**
**EMPLOYMENT OF OF BONNIE WOLFE OF SAMSON COMPANIES LLC**
**D/B/A SAMSON PROPERTIES AS REAL ESTATE AGENT FOR THE DEBTOR**

Upon consideration of the Debtor's Application for Order Authorizing the Employment of Bonnie Wolfe of Samson Companies LLC d/b/a Samson Properties as Real Estate Agent for the Debtor (the "Application"), there being no objection thereto after proper notice, it is hereby ORDERED that the Debtor be and hereby is authorized to retain and employ retain Bonnie Wolfe of Samson Companies LLC d/b/a Samson Properties as real estate agent with respect to this case on the terms set forth in the Application pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), to procure a buyer and enter into a contract to sell the Property (subject to Court approval of the sale), and for such other relief as the Court deems just and proper.

.

Dated: Oct 9 2026

/s/ Brian F Kenney
Judge, U.S. Bankruptcy Court

Entered on Docket: Oct 13 2026

Daniel M. Press VSB 37123
Law Offices of Daniel M. Pres
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for Debtor

I ASK FOR THIS:

__/s/ Daniel M. Press _____ ___
Daniel M. Press, VSB# 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for Debtor

SEEN AND NO OBJECTION:

/s/ Michael T. Freeman____________
Office of the U.S. Trustee

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

__/s/Daniel M. Press___
Daniel M. Press

Copies to:
Counsel for Debtor (by CM/ECF)
Office of the U.S. Trustee (by CM/ECF)

United States Bankruptcy Court
Eastern District of Virginia

In re: Case No. 26-10348-BFK
Walker Road Property, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: Nathaniel | Page 1 of 2 |
| Date Rcvd: Oct 28, 2026 | Form ID: pdford9 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| desig | + | Teresa Beeman, 9893 Georgetown Pike, PMB 145, Great Falls, VA 22066-2617 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Oct 28 2026 14:59:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Campbell Davison | on behalf of Creditor John G. Colby Trustee of the John G. Colby Money Purchase Pension Plan ADavison@beankinney.com, dadragna@beankinney.com |
| Daniel M. Press | on behalf of Debtor Walker Road Property LLC dan@danpress.us, pressdm@gmail.com;danpress@recap.email |
| Erik Fox | on behalf of Creditor Great Falls Business Ctr. Ofc. Condo. Assoc. efox@brigliahundley.com ceverett@brigliahundley.com |

| | |
|---|---|
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Michael T. Freeman | on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov;USTPRegion04.ax.ecf@usdoj.gov |

TOTAL: 5